UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                Petitioner,

    v.

ROBERT JACKSON,

                Respondent.

CASE NO. C26-1029-JNW-BAT

**REPORT AND RECOMMENDATION**

**Bar-order litigant John Demos** has filed an application to proceed *in forma pauperis* with a proposed habeas petition in which he challenges the authority Washington State to have prosecuted him. Dkt. 1. An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be **DIRECTED** to administratively close this matter and to strike any pending motions as moot. Moreover, Mr. Demos may not proceed with a second or successive habeas petition here unless and until the Ninth Circuit authorizes its

REPORT AND RECOMMENDATION - 1

filing. *See* 28 U.S.C. § 2244(b)(3)(A). A proposed Order is attached. **The Clerk should note the matter as ready for the District Judge's immediate consideration on April 10, 2026.**

DATED this 10th day of April, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2